CAMILO ECHAVARRIA (State Bar No. 192481)
   camiloechavarria@dwt.com
MICHAEL BALDOCK (State Bar No. 288026)
   michaelbaldock@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
BANK OF AMERICA, N.A.

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NADIA JARMAKANI, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA NATIONAL ASSOCIATION, a United States Corporation; AETNA LIFE INSURANCE COMPANY, a Connecticut Corporation; and DOES 1-10,<br><br>Defendant. | Case No. **5:17-cv-02037-MWF-KK**<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>[FRCP 41(A)]<br><br>Assigned to the Hon. Michael W. Fitzgerald |

# ORDER

Pursuant to the parties' Stipulation of Dismissal of Entire Action With Prejudice, and good cause appearing, IT IS HEREBY ORDERED:

1. That the above-captioned case be dismissed with prejudice in its entirety, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.
2. Each party shall bear his/its own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated: June 14, 2018

_____
Honorable Michael W. Fitzgerald
United States District Judge

2

[PROPOSED] ORDER DISMISSING
ENTIRE ACTION WITH PREJUDICE
4841-4905-4566v.1 4900000-002005

**DAVIS WRIGHT TREMAINE** LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899